CARL J. CAPUTO *v.* ALEXANDER O'BRYANT
(3200)

DUPONT, C.P.J., BORDEN and CIOFFI, Js.
Argued May 17—decision released June 18, 1985

*Alexander O'Bryant,* pro se, the appellant (defendant).

*Peter L. Truebner* and *George A. Reilly* filed a brief for the appellee (plaintiff).

PER CURIAM. We have carefully reviewed the claims of error of the defendant in this case and find them to be without merit.

There is no error.